NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE DELL INC.,**
*Petitioner.*

---

Miscellaneous Docket No. 129

---

On Petition for Writ of Mandamus to the United States District Court for the District of Delaware in case no. 11-CV-976, Judge Richard G. Andrews.

---

**ON PETITION**

---

**ORDER**

Dell Inc. submits a petition for a writ of mandamus to direct the United States District Court for the District of Delaware to vacate-in-part its May 15, 2012 order and direct the district court to enter a protective order preventing Desmarais LLP from accessing Dell's confidential information.

Upon consideration thereof,

IT IS ORDERED THAT:

Round Rock Research LLC is directed to respond no later than June 11, 2012.

FOR THE COURT

**MAY 2 4 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kimball R. Anderson, Esq.
Brian E. Farnan, Esq.
Clerk, United States District Court for the District of
Delaware

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 4 2012

JAN HORBALY
CLERK